SLIP OPINION



Cite as 2013 Ark. 459

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE JUDGES AND LAWYERS ASSISTANCE PROGRAM | **Opinion Delivered** November 7, 2013 |

## PER CURIAM

On November 11, 2010, this court adopted a per curiam order implementing a three-year "pilot program" in which law students at the University of Arkansas at Fayetteville School of Law and the University of Arkansas at Little Rock William H. Bowen School of Law would be covered by the Judges and Lawyers Assistance Program (JLAP). *In re Judges and Lawyers Assistance Program*, 2010 Ark. 443 (per curiam).

Now pending before this court is a petition by Michael S. Moore, chairman of the JLAP Committee (Committee). In the petition, the Committee requests that this court make the pilot program permanent.

We hereby grant a temporary extension of the pilot program while the petition is pending in this court.